KILPATRICK TOWNSEND & STOCKTON LLP
ROGER L. COOK (State Bar No. 55208)
ROBERT D. TADLOCK (State Bar No. 238479)
SARA B. GIARDINA (State Bar No. 278954)
Eighth Floor, Two Embarcadero Center
San Francisco, CA  94111
Telephone:   415 576 0200
Facsimile:    415 576 0300
E-mail:        rcook@kilpatricktownsend.com
                   rtadlock@kilpatricktownsend.com
                   sgiardina@kilpatricktownsend.com

Attorneys for Plaintiff
SIDENSE CORP.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SIDENSE CORP., a Canadian Corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KILOPASS TECHNOLOGY, INC., A California Corporation,<br><br>　　　　Defendant. | Case No. 14-02238-SI<br><br>**JOINT STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE** |

　　　　Pursuant to Civil L.R. 6-1(b), 6-2 and the Court's Standing Case Management Conference Order, Plaintiff Sidense Corp. and Defendant Kilopass Technology, Inc. (collectively "the Parties") hereby request that the Initial Case Management Conference scheduled for August 22, 2014 be temporarily taken off calendar, pending this Court's final decision on Sidense's Renewed Motion for Attorneys' Fees in related Case No. CV 10-02066 SI (Dkt. 417; hearing held August 1, 2014).

　　　　The Parties believe that the Court's decision on the attorneys' fees motion is likely to have a material impact on the antitrust case.  Good cause exists for the requested continuance to avoid wasting the Court's time and the Parties' resources preparing for a Case Management Conference before a decision on the attorneys' fees.



This is the first requested extension of time, there are no other scheduled dates besides the Case Management Conference and events triggered by the date of that conference.

ACCORDINGLY, the Parties request that the Court temporarily take the currently scheduled Case Management Conference off calendar. For the Court's convenience, upon receipt of the Order in the attorneys' fees case, the parties will promptly request the Court to set a Case Management Conference at the earliest date on the Court's calendar that is at least 21 days after filing of the attorneys' fee order, in order to give the parties adequate time to meet, confer and file a Joint Case Management Conference Statement seven days in advance of the Conference, pursuant to the Local Rules and F.R.Civ. 26(f).

DATED: August 5, 2014               Respectfully submitted,

                                    KILPATRICK TOWNSEND & STOCKTON LLP


                                    By:     */s/ Robert D. Tadlock*
                                           ROGER L. COOK
                                           ROBERT D. TADLOCK

                                    Attorneys for Plaintiff
                                    Sidense Corp.


                                    DURIE TANGRI LLP

                                    By:     /s/ *Alex Feerst*
                                           ALEX FEERST

                                    Attorneys for Defendant
                                    Kilopass Technology, Inc.



**CERTIFICATION PURSUANT TO CIVIL L.R 5-1(i)(3),**
**RE E-FILING ON BEHALF OF MULTIPLE SIGNATORIES**

In accord with the Northern District of California's Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of other signatories who are listed on the signature pages. I shall maintain records to support this concurrence for subsequent production for the Court if so ordered, or for inspection upon request by a party until one year after final resolution of the action (including appeal, if any).

August 5, 2014                               /s/ Robert D. Tadlock

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: 8/5/14

The Hon. Susan Illston
United States District Court Judge



66468769V.1

JOINT STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE
Case No. 14-022238-SI.

KILPATRICK TOWNSEND & STOCKTON LLP
ROGER L. COOK (State Bar No. 55208)
ROBERT D. TADLOCK (State Bar No. 238479)
SARA B. GIARDINA (State Bar No. 278954)
Eighth Floor, Two Embarcadero Center
San Francisco, CA  94111
Telephone:   415 576 0200
Facsimile:    415 576 0300
E-mail:        rcook@kilpatricktownsend.com
                    rtadlock@kilpatricktownsend.com
                    sgiardina@kilpatricktownsend.com

Attorneys for Plaintiff
SIDENSE CORP.

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| SIDENSE CORP., A CANADIAN CORPORATION,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KILOPASS TECHNOLOGY, INC., A CALIFORNIA CORPORATION,<br><br>　　　　　Defendant. | Case No. 14-02238-SI<br><br>**DECLARATION OF ROBERT D. TADLOCK IN SUPPORT OF JOINT REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE** |

I, Robert Tadlock, declare that:

　　1.  I am an attorney licensed to practice law in the State of California and am admitted to practice before this Court. I am a partner with the law firm Kilpatrick Townsend & Stockton, and am one of the attorneys representing Sidense Corp. in the above-captioned matters. I make this declaration pursuant to Civil L.R. 6-2(a) on personal knowledge and if called as a witness could and would competently testify to the matters stated herein.

　　2.  Good cause exists for the requested continuance to avoid wasting the Court's time and the Parties' resources pending this Court's final decision on attorneys' fees in related case No. CV 10-02066 SI.



CASE NO. 14-02238-SI　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　- 1 -
TADLOCK DECL ISO JOINT REQUEST TO CONTINUE CASE MANAGEMENT CONF.

1    3. This is the first request to modify the Court's schedule.

4. The requested continuance would not impact any other scheduled deadlines as no other deadlines have yet been set.

I declare under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct.

Executed this 5th day of August, 2014 at San Francisco, California.

            */s/ Robert D. Tadlock*
            Robert D. Tadlock

66468806V.1

CASE NO. 14-02238-SI - 2 -
TADLOCK DECL ISO JOINT REQUEST TO CONTINUE CASE MANAGEMENT CONF.