UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIDENSE CORP.,<br><br>              Plaintiff,<br><br>    v.<br><br>KILOPASS TECHNOLOGY INC.,<br><br>              Defendant. | Case No. 3:14-cv-02238-SI<br><br>**ORDER RE STATUS CONFERENCE** |

In September, 2014, the parties jointly requested an indefinite delay of the initial case management conference and of the deadline for service of process in this related case, opining that the Court's order on the fee motion in the original case, C 10-2066 SI, would have a material impact on this action.

The fee order in C 10-2066 SI issued in March, 2015, and has been appealed by Sidense. No further activity has taken place in this action. Accordingly, the parties are **ORDERED to file a Joint Status Report on or before May 1, 2015**, stating whether this case will be prosecuted. If it will be, then the Joint Status Report must include all the information required by Local Rule 16-9(a), and an **initial Case Management Conference will be held on Friday, May 8, 2015 at 3:00 pm**.

**IT IS SO ORDERED.**

Dated: April 22, 2015

                                                                               _____
                                                                               SUSAN ILLSTON
                                                                               United States District Judge