1  KILPATRICK TOWNSEND & STOCKTON LLP
   Eighth Floor, Two Embarcadero Center
2  San Francisco, CA  94111
   Telephone:   (415) 576-0200
3  Facsimile:    (415) 576-0300

4  1100 Peachtree Street NE, Suite 2800
   Atlanta, GA  30309-4528
5  Telephone:   (404) 815-6500

6  BLECHER COLLINS PEPPERMAN & JOYE, P.C.
   515 S. Figueroa Street, Suite 1750
7  Los Angeles, CA  90071
   Telephone: (213) 622-4222
8  Facsimile: (213) 622-1656

9  Attorneys for Plaintiff
   SIDENSE CORP.

10

11  DURIE TANGRI, LLP
    217 Leidesdorff Street
11  San Francisco, CA  94111
12  Telephone:  (415) 362-6666

13  Attorneys for Defendant
    KILOPASS TECHNOLOGY, INC.

14

15                    UNITED STATES DISTRICT COURT

16             FOR THE NORTHERN DISTRICT OF CALIFORNIA

17                      SAN FRANCISCO DIVISION

18

19
    SIDENSE CORP., a Canadian Corporation,
20                                                    Case No. 14-02238-SI
                   Plaintiff,
21                                                    **JOINT REQUEST FOR CONTINUANCE
            v.                                        OF FURTHER CASE MANAGEMENT
22                                                    CONFERENCE AND MODIFIED
    KILOPASS TECHNOLOGY, INC., a                      BRIEFING SCHEDULE FOR
23  California Corporation,                           KILOPASS'S PLANNED MOTION TO
                                                      DISMISS SIDENSE'S FIRST AMENDED
24                 Defendant.                         COMPLAINT**

25

26

27          Pursuant to Civil L.R. 6-1(b), 6-2 and the Court's Standing Case Management Conference

28  Order, Plaintiff Sidense Corp. and Defendant Kilopass Technology, Inc. (collectively "the

Parties") hereby request that the Further Case Management Conference scheduled for Friday, October 9, 2015 be taken off calendar, pending this Court's decision on Kilopass's planned motion to dismiss ("MTD") Sidense's First Amended Complaint ("FAC"), Document 37, filed herein on August 24, 2015.

Kilopass's response to the FAC is due on October 2 and it plans to file the MTD on that date. With that plan in mind, the Parties request the following schedule for further briefing and hearing on the MTD: (1) Sidense's opposition to be filed on Friday, October 30, 2015; (2) Kilopass's reply brief to be filed on Friday, November 13, 2015; and (3) the MTD be set for hearing on Friday, December 4, or as soon thereafter as the Court can hear the matter, with leave for the Parties to request a later hearing date to avoid undue conflict with whatever date the Federal Circuit sets for oral argument in the Parties' pending attorneys' fees appeal.

The Parties further request that, following the Court's decision on the planned MTD, the Court set a Case Management Conference at the earliest date on the Court's calendar that is at least 21 days after the MTD decision, in order to give the Parties adequate time to meet, confer and file a Joint Case Management Conference Statement seven days in advance of the Conference, pursuant to the Local Rules and F.R.Civ. 26(f). Among other topics to be considered prior to filing the Joint Case Management Conference Statement will be whether MTD decision has settled the pleadings and, if so, whether the Parties will engage in further settlement discussions.

Good cause exists for the requested continuance to avoid wasting the Court's time and the Parties' resources preparing for a Case Management Conference before a decision on the planned motion to dismiss.

This is the first requested extension of time for the Further Case Management Conference, and there are no other currently scheduled events that depend on the date of that Conference.

ACCORDINGLY, the Parties request that:

(1) the October 9, 2015 Further Case Management Conference be taken off calendar;

(2) after deciding Kilopass's motion to dismiss (MTD) Sidense's First Amended Complaint (FAC), which Kilopass plans to file on or before October 2, 2015, the Further Case Management Conference be rescheduled for the earliest date on the Court's calendar that is at least

1   21 days after that decision;

2        (3) the deadlines for Sidense's opposition to Kilopass's planned MTD, and Kilopass's

3   MTD reply be extended to Friday, October 30, 2015, and Friday, November 13, 2015,

4   respectively;

5        (4) the MTD be set for hearing on Friday, December 4, 2015, or as soon thereafter as the

6   Court can hear the matter; and

7        (5) if the Federal Circuit hereafter sets oral argument in the Parties' pending attorneys' fees

8   appeal on a date which unduly conflicts with the MTD hearing date, the Parties be given leave to

9   promptly request a mutually agreeable revised later MTD hearing date.

10

11   DATED:  September 24, 2015      KILPATRICK TOWNSEND & STOCKTON LLP
                                         ROGER L. COOK (State Bar No. 55208)

12                                        SARA B. GIARDINA (State Bar No. 278954)
                                       KEVIN J. O'BRIEN (State Bar No. 278823)

13                                        JOSHUA H. LEE (Admitted *Pro hac vice*)
                                       E-mail:    rcook@kilpatricktownsend.com

14                                                 sgiardina@kilpatricktownsend.com
                                                kobrien@kilpatricktownsend.com

15                                                 jlee@kilpatricktownsend.com

16                                      BLECHER COLLINS PEPPERMAN & JOYE, P.C.
                                       MAXWELL M. BLECHER (State Bar No. 26202)

17                                        DONALD R. PEPPERMAN (State Bar No. 109809)
                                       COURTNEY A. PALKO (State Bar No 233822)

18                                      E-mail:    mblecher@blechercollins.com

19                                              dpepperman @blechercollins.com
                                             cpalko@blechercollins.com

20                                      By:  _/s/ *Roger L. Cook*_

21                                              ROGER L. COOK
                                     Attorneys for Plaintiff

22                                      Sidense Corp.

23

24

25

26

27

28

1   DATED:  September 24, 2015            DURIE TANGRI, LLP
                                         DARALYN J. DURIE (State Bar No. 169825)
2                                        DAVID McGOWAN (State Bar No. 154289)
                                         TIMOTHY C. SAULSBURY (State Bar No. 281434)
3                                        E-mail:        ddurie@durietangri.com
                                                        dmcgowan@durietangri.com
4                                                       tsaulsbury@durietangri.com

5                                        By:   _/s/ Timothy C. Saulsbury_____
                                                  TIMOTHY C. SAULSBURY
6
                                         Attorneys for Defendant
7                                        Kilopass Technology, Inc.

8

9

10  67757322V.1

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

**CERTIFICATION PURSUANT TO CIVIL L.R. 5-1(i)(3),**
**RE E-FILING ON BEHALF OF MULTIPLE SIGNATORIES**

3       In accord with the Northern District of California's Civil Local Rule 5-1(i)(3), I attest that

4  concurrence in the filing of this document has been obtained from each of other signatories who

5  are listed on the signature pages. I shall maintain records to support this concurrence for

6  subsequent production for the Court if so ordered, or for inspection upon request by a party until

7  one year after final resolution of the action (including appeal, if any).

8

9

10  September 24, 2015                          _____/s/ Roger L. Cook_____

11

12

13                                             **ORDER**

14  PURSUANT TO STIPULATION, IT IS SO ORDERED.

    The case management conference is continued to Friday, January 29, 2016, at 3 p.m.
15

16  Date: _9/25/15_____                    _____
                                               The Hon. Susan Illston
17                                             United States District Court Judge

18

19

20

21

22

23

24

25

26

27

28

JOINT REQUEST FOR CONTINUANCE OF FURTHER CASE MANAGEMENT
CONFERENCE AND MODIFIED MTD BRIEFING SCHEDULE
Case No. 14-02238-SI.