DURIE TANGRI LLP
DARALYN J. DURIE (SBN 169825)
ddurie@durietangri.com
DAVID McGOWAN (SBN 154289)
dmcgowan@durietangri.com
TIMOTHY C. SAULSBURY (SBN 281434)
tsaulsbury@durietangri.com
217 Leidesdorff Street
San Francisco, CA 94111
Telephone:    415-362-6666
Facsimile:    415-236-6300

Attorneys for Defendant
KILOPASS TECHNOLOGY, INC.

KILPATRICK TOWNSEND AND
   STOCKTON LLP
ROGER L. COOK (SBN 55208)
rcook@kilpatricktownsend.com
KEVIN JOSEPH O'BRIEN (SBN 278823)
kobrien@kilpatricktownsend.com
Two Embarcadero Center, Eighth Floor
San Francisco, CA 94111
Telephone: 415-576-0200
Facsimile: 415-576-0300

JOSHUA HAMILTON LEE (*pro hac vice*)
jlee@kilpatricktownsend.com
1100 Peachtree St. NE, Suite 2800
Atlanta, GA 30309
Telephone: 404-815-6500

BLECHER COLLINS PEPPERMAN
   & JOYE, P.C.
MAXWELL M. BLECHER (SBN 26202)
mblecher@blechercollins.com
DONALD R. PEPPERMAN (SBN 109809)
dpepperman@blechercollins.com
COURTNEY A. PALKO (SBN 233822)
cpalko@blechercollins.com
515 South Figueroa Street, Suite 1750
Los Angeles, California 90071-3334
Telephone: (213) 622-4222
Facsimile: (213) 622-1656

Attorneys for Plaintiff
SIDENSE CORP.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SIDENSE CORP., a Canadian Corporation,<br><br>                          Plaintiff,<br><br>     v.<br><br>KILOPASS TECHNOLOGY INC., a California Corporation,<br><br>                          Defendant. | Case No. 3:14-cv-02238-SI<br><br>**FURTHER JOINT CASE MANAGEMENT CONFERENCE STATEMENT AND [PROPOSED] ORDER**<br><br>Ctrm:   10, 19th Floor<br>Judge:  Honorable Susan Illston<br><br>Date: January 28, 2016 |

FURTHER JOINT CASE MANAGEMENT CONFERENCE STATEMENT AND [PROPOSED] ORDER
CASE NO. 3:14-CV-02238-SI                                                                                                                  - 1 -

The parties by and through their attorneys, jointly submit this Further Case Management Conference Statement pursuant to the Court's Order dated December 3, 2015 (Dkt. No. 49).

## I. PROCEEDINGS SINCE THE INITIAL CASE MANAGEMENT CONFERNCE

On July 19, 2015, the Court held an Initial Case Management Conference, at which the parties informed the Court that the attorneys' fees award in the related underlying patent litigation was on appeal to the Federal Circuit. That appeal has now been fully briefed but has not yet been set for oral argument.

Kilopass also informed the Court in the parties' initial Joint Case Management Conference Statement that it expected to file a motion to dismiss in this case. The parties further stated no discovery had yet taken in place in this case, including that that initial disclosures had not yet been served, and that the parties anticipated that when the pleadings were settled, the parties would meet and confer regarding a stipulated discovery schedule to the extent required.

The Court subsequently entered a Pretrial Preparation Order (Dkt. No. 27), setting a further case management conference for October 9, 2015, with a Pretrial Conference date of November 15, 2016 and a Jury Trial date of November 28, 2016. Non-expert discovery was set to close on June 17, 2016, and expert discovery to close on August 19, 2016.

Kilopass filed a motion to dismiss the complaint (Dkt. No. 29) on July 20, 2016. On August 11, 2015 (Dkt. No. 36), the Court granted an extension of time until August 24, 2015, for Sidense to amend its complaint. The First Amended Complaint was filed on August 24, 2015 (Dkt. No. 37), mooting Kilopass's motion to dismiss the original complaint. Kilopass moved to withdraw its motion to dismiss (Dkt. No. 40) and the parties jointly moved (Dkt. No. 41) for an order setting a briefing schedule and a December 4, 2015, hearing for Kilopass's anticipated Motion to Dismiss the First Amended Complaint. The parties also sought a continuance of the October 9, 2015, Further Case Management Conference until after a decision on the motion to dismiss, including to permit the parties to consider, prior to filing a Further Joint Case Management Conference Statement, whether the motion to dismiss decision had settled the pleadings and, if so, whether the Parties would engage in further settlement discussions. The Court entered the parties' stipulated schedule on September 25, 2015 (Dkt. No. 42).

On December 2, 2015, the Court issued an order (Dkt. No. 48) denying Kilopass's Motion to Dismiss the First Amended Complaint and vacating the hearing scheduled for December 4, 2015. The

FURTHER JOINT CASE MANAGEMENT CONFERENCE STATEMENT AND [PROPOSED] ORDER
CASE NO. 3:14-CV-02238-SI                                                                                                          - 1 -

1   following day, the Court reset the Further Case Management Conference for January 28, 2016.  Kilopass
2   filed its Answer to the First Amended Complaint on December 16, 2015 (Dkt. No. 50).

3   **II.  THE PARTIES' DISCUSSION REGARDING ADR AND FURTHER CASE PROCEEDINGS**

4   Counsel for the parties met and conferred on January 8, 2016, regarding Alternative Dispute
5   Resolution.  Both parties have expressed a desire for continued settlement discussions prior to the parties
6   incurring significant litigation costs and burdening the Court with further proceedings and discovery in
7   this case.  The parties have agreed to a mediation before a private mediator and a means of selecting a
8   mediator. The mediation will be scheduled for a conclusion not later than April 14, 2016, although the
9   parties are not precluded from extending that date if they agree that circumstances warrant such an
10  extension. In order to accommodate preparation for and attendance at the mediation, the parties have
11  agreed that there will be no party or other depositions in the United States between the date of this order
12  and April 14, 2016, but in that time, the parties may (a) take depositions in foreign countries and (b)
13  conduct written discovery.

14  In addition, in view of the matters set forth herein, the parties request that the Court continue the
15  Further Case Management Conference for three months, until April 28, 2016, or an alternative date
16  convenient for the Court.

17  Further, recognizing that discovery has not yet commenced and that the extended period of time
18  necessary to finalize the pleadings and resolve the motion to dismiss have rendered the current schedule
19  impractical, the parties request a continuance of all dates in the Pretrial Preparation Order (Dkt. No. 27)
20  as follows:

| Event | Current Date | Proposed New Date |
|---|---|---|
| Non-Expert Discovery Cut-off | June 17, 2016 | September 23, 2016 |
| Designation of Experts | 7/1/16; Rebuttal, 8/1/16. Parties shall comply with Rule 26(a)(2) | 10/7/16; Rebuttal 11/7/16. Parties shall comply with Rule 26(a)(2) |
| Expert Discovery Cut-off | August 19, 2016 | November 28, 2016 |
| Dispositive motions | Shall be filed by September 2, 2016; Opp. Due September 16, 2016; reply due September 23, 2016, Hearing no later than October 7, 2016 | Shall be filed January 7, 2017; Opp. Due January 21, 2017; Reply Due January 28, 2017; Hearing no later than February 10, 2017. |

FURTHER JOINT CASE MANAGEMENT CONFERENCE STATEMENT AND [PROPOSED] ORDER
CASE NO. 3:14-CV-02238-SI                                                                                          - 2 -

| Event | Current Date | Proposed New Date |
|---|---|---|
| Pretrial Conference Date | November 15, 2016 | March 28, 2017 |
| Jury Trial Date | November 28, 2016 | April 10, 2017 |

Respectfully submitted,

Dated: January 22, 2016                                          DURIE TANGRI LLP

                                                                 By:   */s/ Daralyn J. Durie*
                                                                          DARALYN J. DURIE

                                                                 Attorneys for Defendant
                                                                 KILOPASS TECHNOLOGY, INC.


Dated: January 22, 2016                                          KILPATRICK TOWNSEND &
                                                                     STOCKTON LLP


                                                                 By:   */s/ Roger L. Cook*
                                                                          ROGER L. COOK


                                                                 Attorneys for Plaintiff
                                                                 SIDENSE CORP.


### **FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), regarding signatures, I, Roger L. Cook, attest that concurrence in the filing of this document has been obtained.


Dated: January 22, 2016                              By:   */s/ Roger L. Cook*
                                                              ROGER L. COOK

# [PROPOSED] ORDER

Good cause appearing, it is hereby ordered as follows:

1. The parties shall engage in private mediation scheduled for a conclusion not later than April 14, 2016, although the parties are not precluded from extending that date if they agree that circumstances warrant such an extension.

2. During the mediation, there will be no party or other depositions in the United States, but in that time, the parties may (a) take non-party depositions in foreign countries and (b) conduct written discovery.

3. The Further Case Management Conference is continued for three months, until April 28, 2016.

4. All dates in the Pretrial Preparation Order (Dkt. No. 27) shall be continued to the Proposed New Dates set forth above, as will be memorialized in a Revised Pretrial Preparation Order.

**IT IS SO ORDERED.**

Dated: January 26, 2016    By: _Susan Illston_
Hon. Susan Illston
United States District Court Judge

**CERTIFICATE OF SERVICE**

I certify that all counsel of record is being served on January 22, 2016 with a copy of this document via the Court's CM/ECF system.

*/s/ Roger L. Cook*
ROGER L. COOK

68132274V.1