| | |
|---|---|
| DURIE TANGRI LLP<br>DARALYN J. DURIE (SBN 169825)<br>ddurie@durietangri.com<br>DAVID McGOWAN (SBN 154289)<br>dmcgowan@durietangri.com<br>TIMOTHY C. SAULSBURY (SBN 281434)<br>tsaulsbury@durietangri.com<br>217 Leidesdorff Street<br>San Francisco, CA 94111<br>Telephone:    415-362-6666<br>Facsimile:     415-236-6300<br><br>Attorneys for Defendant<br>KILOPASS TECHNOLOGY, INC. | KILPATRICK TOWNSEND &<br>   STOCKTON LLP<br>ROGER L. COOK (SBN 55208)<br>rcook@kilpatricktownsend.com<br>KEVIN JOSEPH O'BRIEN (SBN 278823)<br>kobrien@kilpatricktownsend.com<br>Two Embarcadero Center, Eighth Floor<br>San Francisco, CA 94111<br>Telephone: 415-576-0200<br>Facsimile: 415-576-0300<br><br>JOSHUA HAMILTON LEE (*pro hac vice*)<br>jlee@kilpatricktownsend.com<br>1100 Peachtree St. NE, Suite 2800<br>Atlanta, GA 30309<br>Telephone: 404-815-6500<br><br>BLECHER COLLINS PEPPERMAN<br>   & JOYE, P.C.<br>MAXWELL M. BLECHER (SBN 26202)<br>mblecher@blechercollins.com<br>DONALD R. PEPPERMAN (SBN 109809)<br>dpepperman@blechercollins.com<br>COURTNEY A. PALKO (SBN 233822)<br>cpalko@blechercollins.com<br>515 South Figueroa Street, Suite 1750<br>Los Angeles, California 90071-3334<br>Telephone: (213) 622-4222<br>Facsimile: (213) 622-1656<br><br>Attorneys for Plaintiff<br>SIDENSE CORP. |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SIDENSE CORP., a Canadian Corporation,<br><br>                        Plaintiff,<br><br>        v.<br><br>KILOPASS TECHNOLOGY INC., a California Corporation,<br><br>                        Defendant. | Case No. 3:14-cv-02238-SI<br><br>**JOINT MOTION TO POSTPONE FURTHER CASE MANAGEMENT CONFERENCE**<br><br>Ctrm:   1, 17th Floor<br>Judge:  Honorable Susan Illston<br><br>Date: April 28, 2016 |

1  The parties, by and through their attorneys, jointly move to postpone the Further Case Management Conference currently set for April 28, 2016 (*see* Dkt. No. 52) in light of the settlement of all matters in controversy between the parties.

In particular, in line with the parties' prior discussion regarding Alternative Dispute Resolution (*see* Dkt. No. 51), the parties participated in mediation proceedings on Monday, March 28, 2016, before the Honorable Layn Phillips (ret), regarding, *inter alia*, the claims pending in this matter before the Court.  As a result of those mediation proceedings, the parties have finalized and executed a binding term sheet that memorializes the settlement of all matters in controversy between the parties.  Pursuant to those terms, a more formal and comprehensive settlement agreement will be executed on or before April 18, 2016, with any disputes regarding the finalization of those documents being resolved by Judge Phillips.  The settlement provides that certain terms will be performed, and then the claims pending in this matter before the Court will be dismissed.  The parties wish to conclude their settlement without burdening the Court with the Further Case Management Conference set for April 28, 2016, and any additional filings, including a Further Case Management Conference Statement, and without the parties incurring additional expenses.

In order to permit the parties sufficient time to draft and execute a comprehensive settlement agreement without the need for further proceedings, the parties accordingly request that the Court postpone the Further Case Management Conference pending filing of dismissal papers.  In addition, and for similar reasons, the parties further request that the Court stay all dates in the Pretrial Preparation Order (Dkt. No. 27) and Further Joint Case Management Conference Order (Dkt. No. 52) pending filing of dismissal papers.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Respectfully submitted,

Dated: April 13, 2016                           DURIE TANGRI LLP

                                                By:    /s/ Daralyn J. Durie
                                                       DARALYN J. DURIE

                                                Attorneys for Defendant
                                                KILOPASS TECHNOLOGY, INC.

Dated: April 13, 2016                           KILPATRICK TOWNSEND &
                                                    STOCKTON LLP

                                                By:    /s/ Roger L. Cook
                                                       ROGER L. COOK

                                                Attorneys for Plaintiff
                                                SIDENSE CORP.

**FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), regarding signatures, I, Roger L. Cook, attest that concurrence in the filing of this document has been obtained.

Dated: April 13, 2016                                  /s/ Roger L. Cook
                                                       ROGER L. COOK

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — GRANTED — Judge Susan Illston]

All dates in the Pretrial Order are stayed and the case management conference is continued to July 8, 2016 at 3:00 p.m.

---

2

JOINT MOTION TO POSTPONE FURTHER CASE MANAGEMENT CONFERENCE
CASE NO. 3:14-CV-02238-SI

# CERTIFICATE OF SERVICE

I certify that all counsel of record are being served on April 13, 2016 with a copy of this document via the Court's CM/ECF system.

*/s/ Roger L. Cook*
ROGER L. COOK

68391704V.1