1  DURIE TANGRI LLP
   DARALYN J. DURIE (SBN 169825)
2  ddurie@durietangri.com
   DAVID McGOWAN (SBN 154289)
3  dmcgowan@durietangri.com
   TIMOTHY C. SAULSBURY (SBN 281434)
4  tsaulsbury@durietangri.com
   217 Leidesdorff Street
5  San Francisco, CA 94111
   Telephone:    415-362-6666
6  Facsimile:    415-236-6300

7  Attorneys for Defendant
   KILOPASS TECHNOLOGY, INC.

   KILPATRICK TOWNSEND AND
      STOCKTON LLP
   ROGER L. COOK (SBN 55208)
   rcook@kilpatricktownsend.com
   KEVIN JOSEPH O'BRIEN (SBN 278823)
   kobrien@kilpatricktownsend.com
   Two Embarcadero Center, Eighth Floor
   San Francisco, CA 94111
   Telephone: 415-576-0200
   Facsimile: 415-576-0300

   JOSHUA HAMILTON LEE (*pro hac vice*)
   jlee@kilpatricktownsend.com
   1100 Peachtree St. NE, Suite 2800
   Atlanta, GA 30309
   Telephone: 404-815-6500

   BLECHER COLLINS PEPPERMAN
      & JOYE, P.C.
   MAXWELL M. BLECHER (SBN 26202)
   mblecher@blechercollins.com
   DONALD R. PEPPERMAN (SBN 109809)
   dpepperman@blechercollins.com
   COURTNEY A. PALKO (SBN 233822)
   cpalko@blechercollins.com
   515 South Figueroa Street, Suite 1750
   Los Angeles, California 90071-3334
   Telephone: (213) 622-4222
   Facsimile: (213) 622-1656

   Attorneys for Plaintiff
   SIDENSE CORP.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SIDENSE CORP., a Canadian Corporation, <br><br> Plaintiff, <br><br> v. <br><br> KILOPASS TECHNOLOGY INC., a California Corporation, <br><br> Defendant. | Case No. 3:14-cv-02238-SI <br><br> **JOINT STIPULATION OF DISMISSAL** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), in light of the settlement of all matters in controversy between the parties, Plaintiff Sidense Corp. and Defendant Kilopass Technology, Inc. (collectively, "the Parties") hereby jointly stipulate to dismissal of all claims in this action, and thereby move for order dismissing all claims in this action, with each party to bear its own costs, expenses, and attorneys' fees.

Respectfully submitted,

Dated: May 11, 2016

KILPATRICK TOWNSEND & STOCKTON LLP

By: _____/s/ Roger L. Cook_____
ROGER L. COOK

Attorneys for Plaintiff
SIDENSE CORP.

Dated: May 11, 2016

DURIE TANGRI LLP

By: _____/s/ Timothy C. Saulsbury_____
TIMOTHY C. SAULSBURY

Attorneys for Defendant
KILOPASS TECHNOLOGY, INC.

1

JOINT STIPULATION OF DISMISSAL
CASE NO. 3:14-CV-02238-SI

## FILER'S ATTESTATION

Pursuant to Civil L.R. 5-1(i)(3), regarding signatures, I, Roger L. Cook, attest that concurrence in the filing of this document has been obtained.

Dated: May 11, 2016               */s/ Roger L. Cook*
                                           ROGER L. COOK

68457360V.1

JOINT STIPULATION OF DISMISSAL
CASE NO. 3:14-CV-02238-SI

The Court, upon review and consideration, hereby grants Plaintiff Sidense Corp. and Defendant Kilopass Technology, Inc.'s Joint Stipulation of Dismissal.

SO ORDERED:

Date: 5/12/16

                                Hon. Susan Illston
                                U.S. District Court Judge