1 | DURIE TANGRI LLP
DARALYN J. DURIE (SBN 169825)
2 | ddurie@durietangri.com
DAVID McGOWAN (SBN 154289)
3 | dmcgowan@durietangri.com
TIMOTHY C. SAULSBURY (SBN 281434)
4 | tsaulsbury@durietangri.com
217 Leidesdorff Street
5 | San Francisco, CA  94111
Telephone:    415-362-6666
6 | Facsimile:     415-236-6300

7 | Attorneys for Defendant
KILOPASS TECHNOLOGY, INC.

KILPATRICK TOWNSEND AND
    STOCKTON LLP
ROGER L. COOK (SBN 55208)
rcook@kilpatricktownsend.com
KEVIN JOSEPH O'BRIEN (SBN 278823)
kobrien@kilpatricktownsend.com
Two Embarcadero Center, Eighth Floor
San Francisco, CA 94111
Telephone: 415-576-0200
Facsimile: 415-576-0300

JOSHUA HAMILTON LEE (*pro hac vice*)
jlee@kilpatricktownsend.com
1100 Peachtree St. NE, Suite 2800
Atlanta, GA 30309
Telephone: 404-815-6500

BLECHER COLLINS PEPPERMAN
    & JOYE, P.C.
MAXWELL M. BLECHER (SBN 26202)
mblecher@blechercollins.com
DONALD R. PEPPERMAN (SBN 109809)
dpepperman@blechercollins.com
COURTNEY A. PALKO (SBN 233822)
cpalko@blechercollins.com
515 South Figueroa Street, Suite 1750
Los Angeles, California 90071-3334
Telephone: (213) 622-4222
Facsimile: (213) 622-1656

Attorneys for Plaintiff
SIDENSE CORP.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SIDENSE CORP., a Canadian Corporation, | Case No. 3:14-cv-02238-SI |
| Plaintiff, | **JOINT STIPULATION OF DISMISSAL** |
| v. | |
| KILOPASS TECHNOLOGY INC., a California Corporation, | |
| Defendant. | |

JOINT STIPULATION OF DISMISSAL
CASE NO. 3:14-CV-02238-SI

1    Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), in light of the settlement of all matters

2  in controversy between the parties, Plaintiff Sidense Corp. and Defendant Kilopass Technology, Inc.

3  (collectively, "the Parties") hereby jointly stipulate to dismissal of all claims in this action, and thereby

4  move for order dismissing all claims in this action, with each party to bear its own costs, expenses, and

5  attorneys' fees.

6    Respectfully submitted,

7

8

9  Dated:  May 11, 2016                                KILPATRICK TOWNSEND &
                                                                STOCKTON LLP
10

11
                                                        By:  _____/s/ Roger L. Cook_____
12                                                                ROGER L. COOK

13                                                        Attorneys for Plaintiff
                                                          SIDENSE CORP.
14

15

16
   Dated:  May 11, 2016                                DURIE TANGRI LLP
17

18                                                      By:  _____/s/ Timothy C. Saulsbury_____
                                                                TIMOTHY C. SAULSBURY
19
                                                        Attorneys for Defendant
20                                                      KILOPASS TECHNOLOGY, INC.

21

22

23

24

25

26

27

28

1

JOINT STIPULATION OF DISMISSAL
CASE NO. 3:14-CV-02238-SI

1

**FILER'S ATTESTATION**

2          Pursuant to Civil L.R. 5-1(i)(3), regarding signatures, I, Roger L. Cook, attest that concurrence in

3    the filing of this document has been obtained.

4

5    Dated:  May 11, 2016                                          */s/ Roger L. Cook*
                                                                    ROGER L. COOK

6

7

8

9

10

11

12

13

14

15
     68457360V.1
16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION OF DISMISSAL
CASE NO. 3:14-CV-02238-SI

1    The Court, upon review and consideration, hereby grants Plaintiff Sidense Corp. and Defendant

2  Kilopass Technology, Inc.'s Joint Stipulation of Dismissal.

3

4    SO ORDERED:

5

6  Date: 5/12/16

7                                               Hon. Susan Illston

8                                               U.S. District Court Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

JOINT STIPULATION OF DISMISSAL
CASE NO. 3:14-CV-02238-SI